ACCEPTED
03-16-00355-CV
11132544
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/14/2016 11:58:04 AM
JEFFREY D. KYLE
CLERK

NO. 03-16-00355-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/14/2016 11:58:04 AM
JEFFREY D. KYLE
Clerk

## IN THE COURT OF APPEALS FOR THE THIRD DISTRICT AUSTIN, TEXAS

## TEXAS OAKS PSYCHIATRIC HOSPITAL, L.P. d/b/a AUSTIN OAKS HOSPITAL
*Appellant*

**vs.**

## TINA THORPE
*Appellee*

## JOINT MOTION TO DISMISS

TO THE HONORABLE THIRD COURT OF APPEALS:

Pursuant to Texas Rule of Appellate Procedure 42.1, Appellant and Appellee file this joint motion to dismiss the appeal and would respectfully show this Court as follows:

1.      The parties have reached an agreement to settle the underlying lawsuit. As a result, Appellant no longer wishes to pursue this appeal.

2.      In accordance with their agreement, the parties jointly request that the Court grant this motion and dismiss the appeal.

3.     In further accordance with their agreement, all taxable Court costs shall be paid by the party who incurred same.

Respectfully submitted,

**EGGLESTON & BRISCOE, LLP**
4800 Three Allen Center
333 Clay Street
Houston, Texas 77002
(713) 659-5100 – Telephone
(713) 951-9920 – Facsimile

By:
David W. Smith
State Bar No. 24027868
dws@egglestonbriscoe.com

**ATTORNEYS FOR APPELLANT**

**LAW OFFICES OF RICHARD PENA, P.C.**
2211 South IH-35, Suite 300
Austin, Texas 78741
(512) 327-6884 – Telephone
(512) 327-8354 – Facsimile

By:
Scott Vasquez
State Bar No. 20502675
scott@rpenalaw.com

**ATTORNEYS FOR APPELLEE**

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Scott Vasquez, counsel for Appellee, and Appellee does not oppose dismissal and has joined this motion.

David W. Smith

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on the following counsel of record via electronic notification and/or facsimile on this the 14 day of June 2016:

Scott Vasquez
Law Offices of Richard Pena, P.C.
2211 South IH 35, Suite 300
Austin, Texas 78741

David W. Smith